IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| W. MATHIS and K. DAVIS, *individually and on behalf of all others similarly situated*<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES PAROLE COMMISSION, *et al.*<br><br>Defendants. | Case No. 1:24-cv-01312 |

**PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Fed. R. Civ. P. 65, Plaintiffs W. Mathis and K. Davis, on behalf of themselves and all others similarly situated, hereby move for the entry of a preliminary injunction ordering that Defendants United States Parole Commission ("USPC"); Patricia Cushwa, in her official capacity as Acting Chairman of USPC; Court Services and Offender Supervision Agency ("CSOSA"); and Richard Tischner, in his official capacity as Director of CSOSA:

    i.    Assess what reasonable accommodations named Plaintiffs W. Mathis and K. Davis require to have an equal opportunity to succeed on supervision based on their individual needs, and provide any and all such required accommodations;

    ii.    Implement a system to determine, at the time an individual with a disability is released onto supervision and at regular intervals thereafter, what, if any, reasonable accommodations they require as a result of their disabilities in

    iii. Provide reasonable accommodations to people on supervision known to Defendants to have a disability to ensure such individuals have an equal opportunity to succeed on supervision; and

    iv. Implement a mechanism whereby individuals with disabilities who are on supervision can request reasonable accommodations for their disabilities, and provide such accommodations as are requested and determined to be reasonable.

  order to have an equal opportunity to succeed on supervision, and provide such reasonable accommodations;

  As more fully set forth in Plaintiffs' Memorandum in Support, Plaintiffs are likely to succeed on the merits of their claims that Defendants are discriminating against them on the basis of their disabilities and will suffer irreparable harm in the absence of preliminary relief. The balance of equities tilts strongly in their favor, and an injunction protecting their rights to be free from disability discrimination is in accord with the public interest.

  Therefore, a preliminary injunction should issue.[1]

Dated: May 6, 2024

ALLISON FRANKEL
(*Pro Hac Vice* Motion Forthcoming)
afrankel@aclu.org
ASHIKA VERRIEST (D.C. Bar No. 90001468)
averriest@aclu.org
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION
125 Broad Street
New York, NY 10004
Tel.: (617) 650-7741

Respectfully submitted,

*/s/ Hanna M. Perry*
HANNA M. PERRY (D.C. Bar No. 90003756)
hperry@pdsdc.org
PUBLIC DEFENDER SERVICE FOR THE
 DISTRICT OF COLUMBIA
633 3rd Street NW
Washington, D.C. 20004
Tel.: (202) 579-0633

---

[1] Counsel for Defendants has not yet been assigned and therefore cannot be asked about Defendants' position on this motion.

| | |
|---|---|
| SCOTT MICHELMAN (D.C. Bar No. 1006945)<br>smichelman@acludc.org<br>MICHAEL PERLOFF (D.C. Bar No. 1601047)<br>mperloff@acludc.org<br>AMERICAN CIVIL LIBERTIES UNION<br>　　FOUNDATION OF THE DISTRICT OF<br>　　COLUMBIA<br>529 14th Street NW, Suite 722<br>Washington, D.C. 20045<br>Tel.: (202) 457-0800 | SAMIR DEGER-SEN (D.C. Bar No. 1510881)<br>samir.deger-sen@lw.com<br>LATHAM & WATKINS LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Tel.: (212) 906-1200<br>Fax: (212) 751-4864<br><br>PETER E. DAVIS (D.C. Bar No. 1686093)<br>peter.davis@lw.com<br>CHRISTINE C. SMITH (D.C. Bar No. 1658087)<br>christine.smith@lw.com<br>JORDAN L. HUGHES (D.C. Bar No. 90004355)<br>jordan.hughes@lw.com<br>LATHAM & WATKINS LLP<br>555 Eleventh Street NW, Suite 1000<br>Washington, D.C. 20004<br>Tel.: (202) 637-2200<br>Fax: (202) 637-2201<br><br>*Attorneys for Plaintiffs and the Proposed Class* |

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion for Preliminary Injunction, the Memorandum in Support of Motion for Preliminary Injunction, Proposed Order, and attached exhibits will be served once summons issue by hand delivery to:

- U.S. Attorney for the District of Columbia
  Civil Process Clerk
  United States Attorney's Office for the District of Columbia
  555 4th Street, N.W.
  Washington, D.C. 20530

In addition, the foregoing Motion for Preliminary Injunction, the Memorandum in Support of Motion for Preliminary Injunction, Proposed Order, and attached exhibits will be served once summons issue by mail to:

- U.S. Attorney for the District of Columbia, Civil Process Clerk
  United States Attorney's Office for the District of Columbia
  555 4th Street, N.W.
  Washington, D.C. 20530

- Attorney General of the United States
  U.S. Department of Justice
  950 Pennsylvania Avenue, N.W.
  Washington, D.C. 20530

- United States Parole Commission
  90 K Street, NW, 3rd Floor
  Washington, DC 20530

- Patricia K. Cushwa, Acting Chairman
  United States Parole Commission
  90 K Street, NW, 3rd Floor
  Washington, DC 20530

- Court Services and Offender Supervision Agency
  633 Indiana Avenue, NW
  Washington, DC 20004

- Richard S. Tischner, Director
  Court Services and Offender Supervision Agency
  633 Indiana Avenue, NW
  Washington, DC 20004

/s/ *Hanna M. Perry*
Hanna M. Perry