**K. Davis Declaration**

1. My name is K. Davis. I am a 48-year-old Black man.

2. I am currently incarcerated in Federal Correctional Institution (FCI) Loretto. I am serving a 12- month sentence for a technical parole violation.

3. When I get released, I will be back on parole, which could continue the rest of my life.

4. I have been on parole for almost 13 years, since 2011.

5. I have many medical issues. A few years ago, I was severely burned in a fire. I had third degree burns on my upper body, which got down to my bones and ribs, and was hospitalized for many months. While I was in the hospital, I started getting nervous about my requirements to check in with my community supervision officer (CSO). I left the hospital against my doctor's orders so that I could check in with my CSO.

6. I have serious chronic pain because of these burns. I can't lift my arms past my shoulders. I have to sit sideways because of the pain. I have needed multiple surgeries for the burns.

7. I also have mental health issues, including depression, anxiety, and posttraumatic stress disorder ("PTSD").

8. For the last few years, I have been working with University Legal Services ("ULS") for my mental health issues.

9. I have also had mental health treatment at places including Green Door and MBI Health Services.

10. When I was put on parole in 2011, my CSO gave me a piece of paper with the rules I had to follow. Nobody ever explained these rules to me.

11. These rules include reporting to my parole officer when and how they tell me to, getting drug tested twice a week, telling my parole officer every time my address changes, and not being around anyone who has a criminal record.

12. I have to keep track of three categories in my head just of supervision appointments: (1) drug testing twice a week, (2) phone call for office report, and (3) site visit. This is in addition to my medical appointments for my burns and mental health treatment appointments.

13. I was not there when the parole rules were decided. My attorney was not there either.

14. Nobody in the supervision department has ever asked me if my disabilities would make it hard to follow supervision rules.

15. Nobody in the supervision department has ever asked me if I need accommodations in order to follow my supervision rules.

16. Nobody in the supervision department has ever told me that I have rights under federal disability laws.

17. Because of my disabilities, it is hard for me to follow the rules of my supervision.

18. For example, my burns make it hard for me to move around, because I am usually in a lot of pain.

19. I also often have medical appointments for my burns. Those appointments can make it difficult to get to required check-ins with my CSO or to drug testing.

20. I have had multiple surgeries at the Washington Hospital Center. There were times when my CSO asked me to come in to report after surgery even though I was on lots of medication that made me tired and I was in a lot of pain.

21. At some point after surgery, I had to use a wheelchair, crutches, and then a walker. I still went to my supervision appointments, but it was harder to move so it took me much longer to get to my appointments. When I was on crutches, it would take me 30 minutes to get from my doctor's office in Washington Hospital Center to the bus stop. Nobody changed my supervision conditions when this happened.

22. In addition, my mental health conditions make it feel like I am being pushed and pulled around. It feels like as hard as I try, I can never do everything that is required of me. It also feels hard for me to reach out and get help.

23. I was prescribed medications for my mental health issues while I was getting treatment at Green Door. The medications made me tired and it felt hard to do anything. They also made me have slurred speech, feel nauseous, and have headaches.

24. When I feel sad or anxious, I go to ULS. I don't have much family around. I am on my own. ULS are the only people that have been helping me. When I have a problem, I know they are the people I should go to.

25. It is hard for me to go to new people with my problems.

26. My CSO changes often. I think I have had about 5 to 7 different CSOs. Each CSO expects different things from me. I have only had one CSO who helped make supervision lighter for me. For example, she would come to meet me where I was instead of making me go to her all of the time. No other CSO has done that for me. Having to get to know new CSOs is hard for me. It is also stressful that I never know when the CSO will change, and how they will enforce my supervision requirements.

27. I have previously been put in jail for alleged supervision violations four times. Each time, I was put in jail for many weeks or months at a time. The last time I was in jail was in summer 2023.

28. Each time I was jailed for a parole violation, my supervision was reinstated and I was put back on parole. I was required to follow the same conditions that were hard for me because of my disabilities.

29. The last time I was released from jail, on July 10, 2023, I was homeless. I had been living on my own for many years, but I lost my housing and had to start over.

30. On July 12, 2023, I reported to the supervision office as was required. I asked my CSO to transfer my supervision to the Southeast area, which is where my homeless shelter was, because it would be easier for me to get to my supervision appointments. I used to ride my bicycle to get to my appointments, but biking was much harder after my burns, so it was difficult to report somewhere far from where I lived. I was told I needed to get a letter from the shelter in order to change my supervision.

31. I went to get drug testing twice a week, as has been required by my supervision rules since 2011, and tested negative every time.

32. I worked really hard to make sure I went to those drug testing appointments. I wanted to do a good job on supervision.

33. I was also required to check in with my CSO by phone.

34. I did not have my own phone. ULS gave me a phone and was supposed to put minutes on it. In July 2023, after I got out of jail, I asked ULS to put more minutes on the phone so that I could call my CSO. However, my re-entry advocate at ULS didn't put the minutes on my phone.

35. I got very anxious and scared. I knew I had to report by phone, but my phone had no minutes. I kept contacting ULS to try to fix the problem and get minutes added to my phone.

36. I went to ULS because they are the people I trust.

37. During this time, I was also getting mental health treatment at MBI.

38. Less than a month after I was released from jail, I was arrested for violating my supervision by not reporting.

39. I was in jail for two months before a hearing to decide if my supervision should be revoked and what the sentence would be.

40. Being in jail was hard for me. I needed medical treatment for my burns, but the jail did not give me the help that I needed. I was supposed to get a third surgery for my burns on August 8, 2023. I could not get the surgery because I was in jail.

41. Jail also made me more sad, anxious, hopeless, and discouraged.

42. My revocation hearing happened on October 4, 2023. ULS came to my hearing to help me. They explained how I kept trying to follow the rules of supervision, including by going to all of my drug testing appointments and by asking ULS multiple times to add minutes to my phone.

43. The Hearing Examiner recommended that I serve a 5-month sentence.

44. The Parole Commission overrode this recommendation and imposed a 12-month sentence.

45. The Commission knew that I was getting help from ULS for my mental health. The Commission also knew that I was making lots of efforts, despite my mental health issues, to follow my supervision rules. It felt like none of that mattered to the Parole Commission.

46. Prison has been very hard for me.

47. I am incarcerated at FCI Loretto in Pennsylvania.

48. FCI Loretto cannot provide the treatment that I need for my burns. I also still cannot get the surgery that I need with my doctors at Washington Hospital Center while I am in prison.

49. Prison is also bad for my mental health. It makes me feel anxious and discouraged.

50. I am not currently taking any medication for my mental health in prison. I am worried to take medication because I get side-effects, like slurred speech, that can make it look like I'm using illegal substances. I understand that people suspected of using drugs at FCI Loretto are placed in solitary confinement for a few days until the drug test comes back. I get scared that the prison staff will think I am using drugs and put me in solitary confinement for days until the drug test comes back clean.

51. I want to be able to follow all the rules of my supervision. However, I need my CSO to talk to me about how my disabilities make it harder for me to do all the things they require me to do, and work with me on my supervision requirements so I can succeed.

I declare under penalty of perjury under the laws of the United States of America that foregoing is true and correct.

Executed on 2.23.24

K. Davis