IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| W. MATHIS and K. DAVIS,<br>*individually and on behalf of all others similarly situated*<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES PAROLE COMMISSION, *et al.*<br><br>    Defendants. | Case No. 1:24-cv-01312 |

**DECLARATION OF ASHIKA VERRIEST IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

I, Ashika Verriest, hereby make the following declaration in support of Plaintiffs' Motion for a Preliminary Injunction under penalty of perjury under the laws of the United States of America:

1. I am one of the counsel of record for Plaintiffs and the proposed class in the above-captioned case. I am a member in good standing of the District of Columbia Bar and have applied for admission to the bar of this Court. I have personal knowledge of and could testify to the facts discussed in this declaration.

2. I certify the following listed documents attached to this declaration and submitted in support of Plaintiffs' Motion for a Preliminary Injunction are true and correct copies.

3. Attached as Exhibit A is a June 23, 2023 letter from Defendant Court Services and Offender Supervision Agency ("CSOSA") to me, Ashika Verriest, Esq., in response to my May 31, 2023 Freedom of Information Act ("FOIA") request.

4. Attached as Exhibit B is a copy of CSOSA's Strategic Plan, Fiscal Years 2022–2026, available at https://www.csosa.gov/wp-content/uploads/bsk-pdf-manager/2022/05/CSOSA-Strategic-Plan-FY2022-2026.pdf.

5. Attached as Exhibit C is a June 20, 2023 letter from Defendant United States Parole Commission ("the Commission") to me, Ashika Verriest, Esq., in response to my May 31, 2023 FOIA request.

6. Attached as Exhibit D is an August 18, 2023 e-mail from the Commission to me, Ashika Verriest, Esq., regarding my request for clarification of the Commission's response to my May 31, 2023 FOIA request.

7. Attached as Exhibit E is a September 5, 2023 letter from CSOSA to me, Ashika Verriest, Esq., regarding my request for clarification of the Commission's response to my May 31, 2023 FOIA request.

8. Attached as Exhibit F is a copy of CSOSA's Congressional Budget Justification for its Community Supervision Program for Fiscal Year 2024, dated March 9, 2023, available at https://wwwhttps://www.csosa.gov/wp-

content/uploads/bsk-pdf-manager/2023/03/CSP-FY2024-Congressional-Budget-Justification-03092023.pdf.

9. Attached as Exhibit G is a copy of an article by Andrea Fenster entitled, "Technical Difficulties: D.C. Data Shows How Minor Supervision Violations Contribute to Excessive Jailing," published by Prison Policy Initiative on October 28, 2020, available at https://www.prisonpolicy.org/blog/2020/10/28/dc_technical_violations.

10. Attached as Exhibit H is a copy of CSOSA's Operations Manual, published in 2018.

11. Attached as Exhibit I is a copy of the Commission's Rules and Procedures Manual, published on June 30, 2010, available at https://www.justice.gov/sites/default/files/uspc/legacy/2010/08/27/uspc-manual111507.pdf.

Dated: May 6, 2024

/s/ Ashika Verriest
ASHIKA VERRIEST
(D.C. Bar No. 90001468)
AMERICAN CIVIL
   LIBERTIES UNION
   FOUNDATION
125 Broad Street
New York, NY 10004
Tel.: (617) 650-7741
averriest@aclu.org