IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| W. MATHIS and K. DAVIS, *individually and on behalf of all others similarly situated*<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES PAROLE COMMISSION, *et al.*<br><br>Defendants. | Case No. 1:24-cv-01312 |

# [PROPOSED] PRELIMINARY INJUNCTION

Upon consideration of Plaintiffs' motion for a preliminary injunction, of any opposition thereto, and of the entire record in this action,

It appearing to the Court that Plaintiffs are likely to succeed on the merits of their action, that they will suffer irreparable injury if the requested relief is not issued, and that the balance of the equities and public interest favor the entry of such an order, it is, therefore,

ORDERED that Plaintiffs' motion for a preliminary injunction is hereby GRANTED; and it is further

ORDERED that Defendants United States Parole Commission ("USPC"); Patricia Cushwa, in her official capacity as Acting Chairman of USPC; Court Services and Offender Supervision Agency ("CSOSA"); and Richard Tischner, in his official capacity as Director of CSOSA:

      i.    Assess what reasonable accommodations named Plaintiffs W. Mathis and K. Davis require to have an equal opportunity to succeed on supervision

      based on their individual needs, and provide any and all such required accommodations;

ii. Implement a system to determine, at the time an individual with a disability is released onto supervision and at regular intervals thereafter, what, if any, reasonable accommodations they require as a result of their disabilities in order to have an equal opportunity to succeed on supervision, and provide such reasonable accommodations;

iii. Provide reasonable accommodations to people on supervision known to Defendants to have a disability to ensure such individuals have an equal opportunity to succeed on supervision; and

iv. Implement a mechanism whereby individuals with disabilities who are on supervision can request reasonable accommodations for their disabilities, and provide such accommodations as are requested and determined to be reasonable.

ORDERED that this injunction shall be effective upon service on the Defendant, and no bond shall be required.

Date: _____                       _____
                                                                                                                              United States District Judge