## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

W. Mathis and K. Davis

Plaintiff(s)

Case No.: 1:24-cv-01312-TNM

vs.

United States Parole Commission, et al.

Defendant(s)

## AFFIDAVIT OF SERVICE

I, Ambiko Wallace, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons directed to Civil Process Clerk, U.S. Attorney's Office for DC; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Class Action Complaint for Declaratory and Injunctive Relief; Declaration of Tamara Seltzer; Rashida Edmondson Declaration; Declaration of Scott Michelman In Support of Plaintiff's Motion for Class Certification; Declaration of Samir Deger-Sen In Support of Plaintiffs' Motion for Class Certification; Declaration of Ashika Verriest In Support of Plaintiffs' Motion for Class Certification; Declaration of Hanna Perry In Support of Plaintiffs' Motion for Class Certification; Declaration of Peter E. Davis In Support of Plaintiffs' Motion for Class Certification; Exhibits 1 - 12; Proposed Order; Plaintiffs' Motion for a Preliminary Injunction; Memorandum of Points and Authorities In Support of Plaintiffs' Motion for a Preliminary Injunction; W. Mathis Declaration; K. Davis Declaration; Declaration of Tamara Seltzer; Rashida Edmondson Declaration; Declaration of Ashika Verriest In Support of Plaintiffs' Motion for a Preliminary Injunction; Exhibits A - I; Proposed Preliminary Injunction; Notice of Appearance by Peter E. Davis; Notice of Appearance by Scott Michelman; copy of Summonses for each named defendant in case; Standing Order for Cases Before Judge Trevor N. McFadden in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 05/07/2024 at 2:41 PM, I served Civil Process Clerk, U.S. Attorney's Office for DC at 601 D Street, NW, Washington, DC 20530 with the Summons directed to Civil Process Clerk, U.S. Attorney's Office for DC; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Class Action Complaint for Declaratory and Injunctive Relief; Declaration of Tamara Seltzer; Rashida Edmondson Declaration; Declaration of Scott Michelman In Support of Plaintiff's Motion for Class Certification; Declaration of Samir Deger-Sen In Support of Plaintiffs' Motion for Class Certification; Declaration of Ashika Verriest In Support of Plaintiffs' Motion for Class Certification; Declaration of Hanna Perry In Support of Plaintiffs' Motion for Class Certification; Declaration of Peter E. Davis In Support of Plaintiffs' Motion for Class Certification; Exhibits 1 - 12; Proposed Order; Plaintiffs' Motion for a Preliminary Injunction; Memorandum of Points and Authorities In Support of Plaintiffs' Motion for a Preliminary Injunction; W. Mathis Declaration; K. Davis Declaration; Declaration of Tamara Seltzer; Rashida Edmondson Declaration; Declaration of Ashika Verriest In Support of Plaintiffs' Motion for a Preliminary Injunction; Exhibits A - I; Proposed Preliminary Injunction; Notice of Appearance by Peter E. Davis; Notice of Appearance by Scott Michelman; copy of Summonses for each named defendant in case; Standing Order for Cases Before Judge Trevor N. McFadden by serving Elena Haramalis, Paralegal Specialist, authorized to accept service.

Elena Haramalis is described herein as:

Gender: Female   Race/Skin: White   Age: 36   Weight: 140   Height: 5'5"   Hair: Brown   Glasses: Yes

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

5/8/24
Executed On



Ambiko Wallace

Client Ref Number:504889-0000
Job #: 2003181

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| W. Mathis and K. Davis<br><br>*Plaintiff(s)*<br>v.<br>U.S. Parole Commission, Patricia K. Cushwa, Court Services and Offender Supervision Agency, and Richard S. Tischner<br><br>*Defendant(s)* | Civil Action No. 1:24-cv-01312 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Civil Process Clerk
United States Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Hanna M. Perry
Public Defender Service for the District of Columbia
633 3rd Street, NW
Washington, DC 20004
(202) 579-0633
hperry@pdsdc.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: 5/7/2024

/s/ Nicole M. Wilkens

*Signature of Clerk or Deputy Clerk*