AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-01312

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* the Attorney General of the United States
was received by me on *(date)* May 7, 2024 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
Summons was mailed via United States Postal Service Certified Mail (No. 9589 0710 5270 1020 9598 63) and picked up on May 13, 2024.  A copy of the tracking information is attached hereto.

My fees are $ 0.00  for travel and $ 0.00  for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: May 13, 2024

*Server's signature*

Michael R. McCray
Litigation Services Attorney
*Printed name and title*

Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004

*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9589071052701020959863

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:14 am on May 13, 2024 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

### Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
May 13, 2024, 5:14 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20530
May 10, 2024, 10:57 am

**Arrived at Post Office**
WASHINGTON, DC 20018
May 10, 2024, 8:07 am

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
May 10, 2024, 3:12 am

**Departed USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
May 10, 2024, 2:55 am

**Arrived at USPS Regional Facility**

Feedback

WASHINGTON DC DISTRIBUTION CENTER
May 9, 2024, 2:38 pm

**Departed USPS Regional Facility**
WASHINGTON DC NETWORK DISTRIBUTION CENTER
May 9, 2024, 2:31 pm

**Arrived at USPS Regional Facility**
WASHINGTON DC NETWORK DISTRIBUTION CENTER
May 9, 2024, 1:23 pm

**Departed USPS Regional Facility**
NEW YORK NY DISTRIBUTION CENTER
May 9, 2024, 7:32 am

**Arrived at USPS Regional Facility**
NEW YORK NY DISTRIBUTION CENTER
May 8, 2024, 6:53 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌃

**Postal Product:**

**Features:**
Certified Mail™

See Less ⌃

Track Another Package

[Enter tracking or barcode numbers]

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs