AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-01312

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* the United States Parole Commission

was received by me on *(date)* May 7, 2024 .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
Summons was mailed via United States Postal Service Certified Mail (No. 9589 0710 5270 1020 9598 70) and picked up on May 13, 2024.  A copy of the tracking information is attached hereto.

My fees are $ 0.00    for travel and $ 0.00    for services, for a total of $ 0.00   .

I declare under penalty of perjury that this information is true.

Date: May 13, 2024

*Server's signature*
Michael R. McCray
Litigation Services Attorney
*Printed name and title*

Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9589071052701020959870

Copy       Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 5:14 am on May 13, 2024 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

### Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
May 13, 2024, 5:14 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20530
May 10, 2024, 10:57 am

**Arrived at Post Office**
WASHINGTON, DC 20018
May 10, 2024, 8:09 am

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
May 9, 2024, 5:09 pm

**Arrived at USPS Regional Facility**
NEW YORK NY DISTRIBUTION CENTER
May 8, 2024, 6:53 pm

● Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌃

**Postal Product:**

**Features:**
Certified Mail™

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

[ FAQs ]

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-01312

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Patricia K. Cushwa, Acting Chairman

was received by me on *(date)* May 7, 2024 .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
Summons was mailed via United States Postal Service Certified Mail (No. 9589 0710 5270 1521 1143 27) and picked up on May 13, 2024.  A copy of the tracking information is attached hereto.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: May 13, 2024

*Server's signature*

Michael R. McCray
Litigation Services Attorney
*Printed name and title*

Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9589071052701521114327

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:14 am on May 13, 2024 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

Feedback

### Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
May 13, 2024, 5:14 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20530
May 10, 2024, 10:57 am

**Arrived at Post Office**
WASHINGTON, DC 20018
May 10, 2024, 8:07 am

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
May 9, 2024, 5:08 pm

**Arrived at USPS Regional Facility**
NEW YORK NY DISTRIBUTION CENTER
May 8, 2024, 6:57 pm

- Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌃

**Postal Product:**

**Features:**
Certified Mail™

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-01312

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* the Court Services and Offender Supervision Agency
was received by me on *(date)* May 7, 2024 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
Summons was mailed via United States Postal Service Certified Mail (No. 9589 0710 5270 1521 1143 34) and delivered on May 10, 2024. A copy of the tracking information is attached hereto.

My fees are $ 0.00  for travel and $ 0.00  for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: May 13, 2024

*Server's signature*

Michael R. McCray
Litigation Services Attorney
*Printed name and title*

Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9589071052701521114334

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 12:19 pm on May 10, 2024 in WASHINGTON, DC 20004.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**
WASHINGTON, DC 20004
May 10, 2024, 12:19 pm

**Out for Delivery**
WASHINGTON, DC 20004
May 10, 2024, 8:07 am

**Arrived at Post Office**
WASHINGTON, DC 20018
May 10, 2024, 7:56 am

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
May 9, 2024, 5:08 pm

Hide Tracking History

Feedback

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)



## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-01312

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Robert S. Tischner, Director

was received by me on *(date)* May 7, 2024 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:

Summons was mailed via United States Postal Service Certified Mail (No. 9589 0710 5270 1521 1143 41) and delivered on May 10, 2024. A copy of the tracking information is attached hereto.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: May 13, 2024

*Server's signature*

Michael R. McCray
Litigation Services Attorney
*Printed name and title*

Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

**Tracking Number:**

## 9589071052701521114341

Remove ✕

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 12:19 pm on May 10, 2024 in WASHINGTON, DC 20004.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
WASHINGTON, DC 20004
May 10, 2024, 12:19 pm

### Arrived at Post Office
WASHINGTON, DC 20018
May 10, 2024, 7:55 am

### Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER
May 9, 2024, 5:09 pm

### Arrived at USPS Regional Facility
NEW YORK NY DISTRIBUTION CENTER
May 8, 2024, 6:53 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

