UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM MATHIS, et al.,

      Plaintiffs,

    v.

U.S. PAROLE COMMISSION, et al.,

      Defendants.

Civil Action No. 24-1312 (TNM)

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12, Defendants, by and through undersigned attorneys, hereby moves to dismiss Plaintiffs' Complaint.

In support of this motion, Defendants respectfully refer the Court to the accompanying memorandum of points and authorities and a proposed order.

\*    \*    \*

Dated: June 25, 2024
          Washington, DC                    Respectfully submitted,

                                            MATTHEW M. GRAVES, D.C. Bar No. #481052
                                            United States Attorney

                                            BRIAN P. HUDAK
                                            Chief, Civil Division

                              By:    */s/ Kartik N. Venguswamy*
                                            KARTIK N. VENGUSWAMY
                                            D.C. Bar #983326
                                            Assistant United States Attorney
                                            601 D Street, NW
                                            Washington, D.C. 20530
                                            (202) 252-1790
                                            kartik.venguswamy@usdoj.gov

                                            *Attorneys for the United States of America*