UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIAM MATHIS and KENNEDY DAVIS**, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES PAROLE COMMISSION**, *et al.*,<br><br>Defendants. | Case No. 1:24-cv-01312 (TNM) |

## ORDER

Upon consideration of Plaintiffs' Motion for Preliminary Injunction (ECF No. 3), Defendants' Motion to Dismiss (ECF No. 25), the pleadings, relevant law, related legal memoranda and arguments of counsel in support and opposition, and the entire record of this case, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiffs' [3] Motion for Preliminary Injunction is GRANTED. It is further

**ORDERED** that Defendants United States Parole Commission, Patricia Cushwa (in her official capacity as Acting Chairman of the Commission), Court Services and Offender Supervision Agency, and Richard Tischner (in his official capacity as Director of CSOSA) assess what reasonable accommodations named Plaintiffs William Mathis and Kennedy Davis require to have an equal opportunity to succeed on supervision based on their individual disability-related needs, and provide any and all such required accommodations. It is further

**ORDERED** that this injunction shall be effective upon service on Defendants, and no bond shall be required.  It is further

**ORDERED** that Defendants' [25] Motion to Dismiss is DENIED.

**SO ORDERED**.

Dated: September 5, 2024                                       TREVOR N. McFADDEN, U.S.D.J.