UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM MATHIS, et al.<br><br>            Plaintiffs,<br><br>v.<br><br>UNITED STATES PAROLE COMMISSION, et al.<br><br>            Defendants. | Civil Action No. 24-cv-01312-TNM |

**NOTICE OF DEATH AND VOLUNTARY DISMISSAL OF CLAIMS**

Plaintiffs hereby notify the Court that Plaintiff William Mathis has died.

Plaintiffs' counsel were first alerted to this possibility when Defendants' counsel informed Plaintiffs' counsel on September 5, 2024, that Defendants "believe Mr. Mathis passed away in late June" and asked Plaintiffs' counsel to confirm.

Plaintiffs' counsel independently confirmed Mr. Mathis's death on September 6, 2024.

Plaintiffs therefore dismiss Mr. Mathis's individual claims pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: September 11, 2024                                   Respectfully Submitted,

ALLISON FRANKEL (*Pro Hac Vice*)
afrankel@aclu.org
ASHIKA VERRIEST
D.C. Bar No. 90001468
averriest@aclu.org
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION
125 Broad Street
New York, NY 10004
Tel.: (617) 650-7741

/s/ Zoé Friedland
ZOÉ FRIEDLAND
D.C. Bar No. 1781910
HANNA M. PERRY
D.C. Bar No. 90003756
hperry@pdsdc.org
PUBLIC DEFENDER SERVICE FOR THE
    DISTRICT OF COLUMBIA
633 3rd Street NW
Washington, D.C. 20004
Tel.: (202) 579-0633

SCOTT MICHELMAN
D.C. Bar No. 1006945
smichelman@acludc.org
MICHAEL PERLOFF
D.C. Bar No. 1601047
mperloff@acludc.org
AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION OF THE DISTRICT OF
   COLUMBIA
529 14th Street NW, Suite 722
Washington, D.C. 20045
Tel.: (202) 457 0800

SAMIR DEGER-SEN
D.C. Bar No. 1510881
samir.deger-sen@lw.com
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Tel.: (212) 906-1200
Fax: (212) 751-4864

PETER E. DAVIS
D.C. Bar No. 1686093
peter.davis@lw.com
CHRISTINE C. SMITH
D.C. Bar No. 1658087
christine.smith@lw.com
JORDAN L. HUGHES
D.C. Bar No. 90004355
jordan.hughes@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Tel.: (202) 637-2200
Fax: (202) 637-2201

*Attorneys for Plaintiffs and the Proposed Class*