UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM MATHIS AND KENNEDY DAVIS, *individually and on behalf of all others similarly situated* <br><br> Plaintiffs, <br><br> v. <br><br> U.S. PAROLE COMMISSION, et al., <br><br> Defendants. | Civil Action No. 1:24-cv-01312-TNM |

**[PROPOSED] SCHEDULING ORDER**

Upon consideration of the parties' Joint Rule 26(f) Report, the Court sets the following schedule for further proceedings in this matter:

- Plaintiff filed his renewed motion for class certification on October 3, 2024. Defendants' Opposition is to be filed by November 4, 2024, and Plaintiff's Reply is to be filed by November 18, 2024;

- The parties shall exchange their initial disclosures, as required under Rule 26(a)(1), on or before November 6, 2024;

- Each party shall be limited to ten depositions;

- The deadline for Plaintiff's Rule 26(a)(2) Expert Disclosures is May 15, 2025;

- The deadline for Defendants' Rule 26(a)(2) Expert Disclosures, if any, is June 30, 2025;

- Discovery shall conclude nine months after the Court's discovery order is issued;

- The deadline for joinder of parties and amendment of pleadings is two weeks after the close of discovery;

- Plaintiff shall file his Motion for Summary Judgment 30 days after the close of discovery, Defendants shall file their Opposition 30 days thereafter, and Plaintiff shall file his Reply 21 days thereafter.

- A Post-Discovery Status Conference is set for _____, 2025, at _____ [am/pm] in Courtroom ___.

Date: _____            _____
                                                                 TREVOR MCFADDEN
                                                                 United States District Judge