**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

KENNEDY DAVIS, *individually and on behalf*
*of all others similarly situated*

        Plaintiff,

    v.

UNITED STATES PAROLE COMMISSION,
*et al.*

        Defendants.

Case No. 1:24-cv-01312-TNM

**JOINT STIPULATION AND ORDER REGARDING THE**
**AUTHENTICITY OF DOCUMENTS**

IT IS HEREBY STIPULATED and agreed to by Plaintiff Kennedy Davis, on behalf of all others similarly situated, and Defendants United States Parole Commission (the "Commission") and the Court Services and Offender Supervision Agency ("CSOSA"), through undersigned counsel and subject to approval of the Court, that:

1. Documents produced on or before December 19, 2025 in the above-captioned case in connection with this action shall be presumed genuine and authentic under Federal Rule of Evidence 901, for purposes of the above-captioned case only.

2. For purposes of this Order, "presumed genuine and authentic" means that a document satisfies the authenticity requirement of Rule 901(a) and shall not be excluded from the evidence on authenticity grounds, absent a showing of good cause. For the avoidance of doubt, a Party seeking to admit a presumptively authentic document into the evidence is not required to authenticate that document using live testimony, video testimony, self-authentication, or any other means of authentication.

3. The parties further stipulate that the public records exception to hearsay within the

meaning of Federal Rule of Evidence 803(8) shall apply and records, absent a showing of good cause, shall not be excluded from evidence on hearsay grounds.

4.    This Stipulation does not preclude objections on grounds of relevance under Federal Rules of Evidence 401, 402, and 403.

5.    Notwithstanding any other provision herein, this Order shall not in any respect preclude any Party from making arguments at trial regarding the authenticity of any document, even if that document is presumptively authentic and has been admitted into evidence.

Dated: March 9, 2026

/s/ Kartik N. Venguswamy

JEANINE PIRRO
D.C. Bar No. #481052
United States Attorney
KARTIK N. VENGUSWAMY
D.C. Bar No. #983326
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
(202) 252-1790
kartik.venguswamy@usdoj.gov

*Attorneys for the United States of America*

/s/ Chanelle Jones

ALLISON FRANKEL (Pro Hac Vice)
afrankel@aclu.org
ASHIKA VERRIEST
D.C. Bar No. 90001468
averriest@aclu.org
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street
New York, NY 10004
Tel. (929) 548-2847

SCOTT MICHELMAN
D.C. Bar No. 1006945
smichelman@acludc.org
MICHAEL PERLOFF
D.C. Bar No. 1601047
mperloff@acludc.org
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF THE
DISTRICT OF COLUMBIA
529 14th Street NW, Suite 722
Washington, D.C. 20045
Tel.: (202) 457-0800

HANNA M. PERRY
D.C. Bar No. 90003756
hperry@pdsdc.org
ZOÉ FRIEDLAND
D.C. Bar No. 1781910
zfriedland@pdsdc.org
PUBLIC DEFENDER SERVICE FOR
THE DISTRICT OF COLUMBIA
633 3rd Street NW
Washington, D.C. 20004

SAMIR DEGER-SEN
D.C. Bar No. 1510881
samir.deger-sen@lw.com
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020

3

Tel.: (212) 906-1200
Fax: (212) 751-4864

CHANELLE JONES
D.C. Bar No. 90033820
chanelle.jones@lw.com
CHRISTINE C. SMITH
D.C. Bar No. 1658087
christine.smith@lw.com
LIA BARRETT
D.C. Bar No. 90008536
lia.barrett@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Tel.: (202) 637-2200
Fax: (202) 637-2201

*Attorneys for Plaintiff and the Class*

**PURSUANT TO STIPULATION, IT IS SO ORDERED** this 13th day of March, 2026.

The Honorable Trevor N. McFadden
United States District Judge

5